AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED

*July 25, 2022*

Nathan Ochsner, Clerk of Court

| | |
|---|---|
| United States of America<br>v.<br>NOAH MANUEL MENDOZA<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  4:22-mj-1652<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  02/26/2022  in the county of  Harris  in the  Southern  District of  Texas , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S. Code § 1708 | Theft or Reciept of Stolen Mail Matter |

This criminal complaint is based on these facts:

Please see attached Affidavit by Postal Inspector Rahiza Diaz-Vargas in support of this Criminal Complaint.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Rahiza Diaz-Vargas, Postal Inspector
*Printed name and title*

Sworn to before me telephonically.

Date:  7/25/2022

_____
*Judge's signature*

City and state:  Houston, TX

Yvonne Y. Ho, U.S Magistrate Judge
*Printed name and title*